IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTEGRATED WASTE SOLUTIONS, INC., D/B/A DUMPSTER SOURCE, dumpstersource.com, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 10-2155 |
| v. | : : : | |
| SUDHAKAR GOVERDHANAM, PRIME TECHNOLOGY GROUP, INC., SERVICE DIRECT GROUP LLC, D/B/A DUMPSTER DIRECT, dumpsterdirect.com, & JOHN DOES 1-4, | : : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *30th* day of *November*, 2010, upon consideration of the Motion of Defendants Sudhakar Goverdhanam, Prime Technology Group, Inc., and Service Direct Group LLC to Dismiss Plaintiff's Amended Complaint (Docket No. 15) and the Response of Plaintiff Integrated Waste Solutions, Inc. (Docket No. 18), it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss (Docket No. 15) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. Defendants' Motion to Dismiss Plaintiff's unjust enrichment claim (Count III) is **DENIED**;

    b. Defendants' Motion to Dismiss Plaintiff's conversion claim (Count IV) is **DENIED**;

    c. Defendants' Motion to Dismiss Plaintiff's fraud claim (Count V) is **GRANTED**;

d.  Defendants' Motion to Dismiss Plaintiff's fraud and intentional misrepresentation claim (Count VII) is **GRANTED**;

e.  Defendants' Motion to Dismiss Plaintiff's negligent misrepresentation claim (Count VIII) is **GRANTED**;

f.  Defendants' Motion to Dismiss Plaintiff's conspiracy claim (Count IX) is **DENIED**;

g.  Defendants' Motion to Dismiss Plaintiff's claim for unlawful access to stored communications (Count X) is **DENIED**;

h.  Defendants' Motion to Dismiss Plaintiff's claim for fraud and related activity in connection with computers (Count XI) is **DENIED**;

i.  Defendants' Motion for a More Definite Statement is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.