### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTEGRATED WASTE SOLUTIONS, INC., D/B/A DUMPSTER SOURCE, dumpstersource.com, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | NO.   10-2155 |
| v. | : : : | |
| SUDHAKAR GOVERDHANAM, PRIME TECHNOLOGY GROUP, INC., SERVICE DIRECT GROUP LLC, D/B/A DUMPSTER DIRECT, dumpsterdirect.com, & JOHN DOES 1-4, | : : : : : : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this *27th* day of *March*, 2012, upon consideration of Plaintiff Integrated Waste Solutions, Inc.'s Motion to Amend its Complaint to Add as a Party Defendant Prime KI Software Solutions Pvt., Ltd. (Docket No. 57), Defendants Sudhakar Goverdhanam, Prime Technology Group, Inc., and Service Direct Group LLC's Response in Opposition (Docket No. 58), and Plaintiff's Reply Brief (Docket No. 59), it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**.  It is further **ORDERED** that the proposed Second Amended Complaint attached to Plaintiff's Motion as Exhibit E shall be deemed filed as of the date of this Order.

BY THE COURT:

 *s/ Ronald L. Buckwalter*  
 RONALD L. BUCKWALTER, S.J.