IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INTEGRATED WASTE SOLUTIONS, : CIVIL ACTION
INC. :
 :
    v. :
 : NO.   10-2155
SUDHAKAR GOVERDHANAM, et al. :

ORDER

AND NOW, this 13th day of July, 2012, having fully considered Plaintiff's Motion to Enforce Settlement Agreement and Impose Damages and Defendant's response thereto (Docket # 70 and 72) and having conducted a hearing on this matter and considered both the arguments by counsel and the testimony of the witnesses, It is hereby ORDERED that Plaintiff's Motion to Enforce Settlement Agreement and to Impose Damages is DENIED.

                                BY THE COURT:

                                /s/ Jacob P. Hart

                              _____
                              JACOB P. HART
                              UNITED STATES MAGISTRATE JUDGE